# CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

ATTORNEYS AT LAW
**NEW YORK OFFICE**
341 CONKLIN STREET
SECOND FLOOR
FARMINGDALE, NY 11735

TELEPHONE (516) 586-8513
FACSIMILE (516) 586-8517
www.cmlawfirm.com

PRACTICING IN:
CALIFORNIA
FLORIDA
GEORGIA
INDIANA
NEW JERSEY
NEW YORK
PENNSYLVANIA

sgurtman@cmlawfirm.com

**MEMO ENDORSED**

July 23, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2021

**VIA ECF FILING**
Honorable Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re: **U.S. Specialty Insurance Company v. James River Insurance Company**
Case Number: 21-cv-5280

Dear Judge Caproni:

We represent the Plaintiff in the above referenced matter. In accordance with Your Honor's individual rules section 2. C., we are requesting an adjournment of the Initial Conference currently scheduled for July 30, 2021 at 2:00 P.M. We are also requesting an extension of time to file the Joint Proposed Case Management Plan.

The reason for our request is that no one has appeared for the Defendants as of the current date. We did correspond with one attorney who indicated he might be assigned to appear but no confirmation or Answer has been received to date. We prefer not to prejudice any incoming Defendant by conducting a Conference before Defendant is properly represented by Counsel.

We can be available anytime the week of August 16th, 2021 or whenever is convenient for the Court and incoming Counsel. This is our first request for an adjournment.

Thank you for your consideration.

Very truly yours,
**CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**

Scott I. Gurtman

Application GRANTED.  The initial pretrial conference scheduled for July 30, 2021 is adjourned to **August 13, 2021 at 10:00 a.m.**  The parties' joint submission is due by **August 5, 2021.**

SO ORDERED.

*[signature: Valerie Caproni]*   7/23/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE